**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1080**

———————————

NATHAN J. POWER,

                            Plaintiff - Appellant,

      versus

LEAR SIEGLER SERVICES, INCORPORATED,

                            Defendant - Appellee,

      and

UNC-LEAR SERVICES, INCORPORATED,

                            Defendant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CA-98-2752-18-2)

———————————

Submitted: July 14, 2000         Decided: July 27, 2000

———————————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

A. Christopher Potts, HITCHCOCK & POTTS, Charleston, South Carolina, for Appellant. Jonathan S. Harbuck, THE KULLMAN FIRM, Birmingham, Alabama; H. Brewton Hagood, ROSEN, GOODSTEIN & HAGOOD, P.A., Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathan J. Power appeals the district court's grant of summary judgment to his former employer in this wrongful termination action. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Power v. Lear Siegler Servs. Inc.</u>, No. CA-98-2752-18-2 (D.S.C. Dec. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>